STATE OF NEW JERSEY v. LUCILLE SHELTON.

May 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES FERGUSON.

May 18, 1981.

Petition for certification denied.

KAZMER–STANDISH CONSULTANTS, INC. v.
SCHOEFFEL INSTRUMENT CORP.

May 18, 1981.

Petition for certification granted.   (See 177 *N.J.Super.* 412)

STATE OF NEW JERSEY v. EDGAR LEE BRYANT.

May 18, 1981.

Petition for certification denied.